**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan GARCIA–PEREZ, aka Manual Antonio Valencia, Juan Ramon Rodriguez, Defendant–Appellant.**

**No. 07–30409.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 4, 2008.

Elizabeth A. Horsman, Esquire, Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Robert Henry Branom, Jr., Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Juan Garcia–Perez appeals from the 41–

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Garcia–Perez contends that his sentence is unreasonable because it overstates his conduct of conviction and double counts his criminal history. We conclude that Garcia–Perez's sentence is not procedurally or substantively unreasonable. *See United States v. Carty*, 520 F.3d 984, 993–94 (9th Cir.) (en banc), *cert. denied sub nom. Zavala v. United States*, —— U.S. ——, 128 S.Ct. 2491, 171 L.Ed.2d 780 (2008); *United States v. Luna–Herrera*, 149 F.3d 1054, 1055–56 (9th Cir.1998).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.